BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SIDDIQUE, | Case No.: 2:15-cv-1963 TLN KJN |
| Plaintiff, | **Joint Stipulation and Order** |
| v. | |
| DONALD NEUFELD, et. al, | |
| Defendants. | |

Defendants request an additional 60 days to respond to the Complaint; Plaintiffs do not oppose this request.

Dated: November 13, 2015          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Audrey B. Hemesath
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney

                                  /s/ Anna Benvenue
                                  ANNA BENVENUE
                                  Counsel for Plaintiff

ORDER

The time to file an answer or other dispositive pleading is extended to January 22, 2016.

Dated: November 13, 2015

Troy L. Nunley
United States District Judge