BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SIDDIQUE,<br><br>          Plaintiff,<br><br>    v.<br><br>DONALD NEUFELD, et. al,<br><br>          Defendants. | Case No.: 2:15-cv-1963 TLN KJN<br><br>**Joint Stipulation and Order Extending Time to File Answer** |

Plaintiff has been scheduled for an interview with U.S. Citizenship and Immigration Services on January 28, 2016. The agency intends to adjudicate the pending application within 120 days following the date of the interview; this time includes any possible request for additional documentation by the agency and time for Plaintiff to respond. Accordingly, the parties stipulate to a new answer date of May 30, 2016.

Dated: January 19, 2016        Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant U.S. Attorney

/s/ Anna Benvenue
ANNA BENVENUE
Counsel for Plaintiff

ORDER

The time to file an answer or other dispositive pleading is extended to May 30, 2016.

Dated: February 4, 2016

_____
Troy L. Nunley
United States District Judge