PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SIDDIQUE, | Case No.: 2:15-cv-1963 TLN KJN |
| Plaintiff, | |
| v. | **Joint Stipulation and Order Extending Time to File Answer** |
| DONALD NEUFELD, et. al, | |
| Defendants. | |

The parties have previously agreed to one extension of time while plaintiff was interviewed by the agency, U.S. Citizenship and Immigration Services. The agency has since requested additional information, and plaintiff is in the process of responding. Accordingly, the parties stipulate to a new answer date of August 1, 2016.

Dated: May 27, 2016                    Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ Audrey B. Hemesath
                                       AUDREY B. HEMESATH
                                       Assistant U.S. Attorney

                                       /s/ Anna Benvenue
                                       ANNA BENVENUE
                                       Counsel for Plaintiff

ORDER

The time to file an answer or other dispositive pleading is extended to August 1, 2016.

Dated: May 31, 2016

Troy L. Nunley
United States District Judge