PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SIDDIQUE, | Case No.: 2:15-cv-1963 TLN KJN |
| Plaintiff, | |
| v. | **Joint Stipulation and Order** <br> **Re: Dismissal** |
| DONALD NEUFELD, et. al, | |
| Defendants. | |

Plaintiff's application has now been adjudicated, and the parties agree to dismissal of this action in its entirety, each side to bear its own costs of litigation.

Dated: June 8, 2016                Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

/s/ Anna Benvenue
ANNA BENVENUE
Counsel for Plaintiff

1

**ORDER**

1
2     IT IS SO ORDERED.
3
4 Dated: June 9, 2016
5
6
7                             Troy L. Nunley
                             United States District Judge